

**INVOICE**
# 207996

3929 Superior Avenue - Cleveland, Ohio 44114
Phone: 216-738-1277 / Fax: 216-361-0691

Exhibit (Z)

| | |
|---|---|
| **Customer:** NHPD<br>4071 East 49th Street<br>Cleveland, OH 44105 | Date of Service: **8/26/2016** |
| **Bill To:** Newburgh Heights Police Department | |
| Reference: | |

### Job Description

Vehicle: 2001 Silver Ford Windstar
License: GUV3973 OH
VIN: 2FMZA57481BA07302
Odometer:

Location: HARVARD & E 68TH
Destination: 3929 Superior Ave.

Reason for tow: ARREST

Pay Type:
Chk/Card#: Junked 12/1/16

Thank You For Your Business!

**BILLING QUESTIONS:**
PLEASE CALL 216.476.8351

| | |
|---|---|
| Customer Tow: | $0.00 |
| Hookup: | $0.00 |
| Mileage fee: | $0.00 |
| Paid out: | $0.00 |
| Road Service: | $0.00 |
| Parts: | $0.00 |
| Storage: | $0.00 |
| Additional Fee: | $0.00 |
| **Subtotal:** | $0.00 |
| Tax: | $0.00 |
| **Grand Total :** | $0.00 |